UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROYER RAMIREZ RUIZ,

          Plaintiff,

   v.

ZOOM VIDEO COMMUNICATIONS INC.,

          Defendant.

Case No. C21-1379-RSM-SKV

ORDER DENYING MOTION FOR PARTIAL DISMISSAL

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Defendant's Motion for Partial Dismissal Pursuant to Federal Rule of Civil Procedure 12(b)(6), Dkt. 8, is DENIED.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

//

//

//

ORDER DENYING MOTION FOR PARTIAL DISMISSAL - 1

1  DATED this 14th day of March, 2022.

2

3

4

5  RICARDO S. MARTINEZ
   CHIEF UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DENYING MOTION FOR PARTIAL
DISMISSAL - 2