The Honorable Ricardo S. Martinez
Trial Date: January 23, 2023

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

ROYER RAMIREZ RUIZ,

    Plaintiff,

v.

ZOOM VIDEO COMMUNICATIONS, INC.,
a California company,

    Defendant.

Case No. 2:21-cv-01379-RSM-SKV

**ORDER GRANTING STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES**

NOTED FOR CONSIDERATION:
July 27, 2022

THIS MATTER, having come before the undersigned judge of the above-entitled Court based on the foregoing stipulated motion, IT IS HEREBY ORDERED that the following pretrial deadlines in this matter are hereby EXTENDED as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 6/27/2022 | 8/26/2022 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 7/18/2022 | 9/9/2022 |
| All motions related to discovery must be filed by this date and noted for reconsideration no later than the third Friday thereafter (*see* LCR 7(d) or LCR 37(a)(2) | 7/27/2022 | 9/15/2022 |
| Discovery to be completed by | 8/26/2022 | 10/26/2022 |
| All dispositive motions must be filed by this date and noted for consideration no later than the fourth Friday thereafter (*see* LCR 7(d)) | 9/26/2022 | 11/17/2022 |

ORDER GRANTING STIPULATED MOTION TO
EXTEND PRETRIAL DEADLINES - 1

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

DATED this 8th day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

*/s/Thomas P. Holt*
Thomas P. Holt, WSBA # 39722
tholt@littler.com
Brian H. Rho, WSBA # 51209
brho@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA 98101.3122
Phone: 206.623.3300
Fax:     206.447.6965

ORDER GRANTING STIPULATED MOTION TO
EXTEND PRETRIAL DEADLINES - 2

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, WA 98101. I hereby certify that on July 27, 2022, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

**Attorneys for Plaintiff**

Matt J. O'Laughlin, WSBA #48706
Amy K. Maloney, WSBA #55610
MALONEY O'LAUGHLIN, PLLC
200 W. Mercer Street, Suite 506
Seattle, WA 98119
Phone: 206-513-7485
matt@pacwestjustice.com
amy@pacwestjustice.com

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Dated this 27th day of July, 2022.

*s/ Karen Fiumano Yun*
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

ORDER GRANTING STIPULATED MOTION TO
EXTEND PRETRIAL DEADLINES - 3

LITTLER MENDELSON P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300